FILED
CLERK, U.S. DISTRICT COURT
7/22/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VAV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MANUEL PEREZ,<br><br>　　　　Defendant. | CR No. 2:22-cr-00333-MEMF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2244(b), 7(8): Abusive Sexual Contact; 18 U.S.C. §§ 113(a)(5), 7(8): Simple Assault of an Individual Under the Age of Sixteen] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2244(b), 7(8)]

On or about March 31, 2022, within the special maritime and territorial jurisdiction of the United States, on a foreign vessel during a voyage departing from and returning to Long Beach, California, within the Central District of California, defendant MANUEL PEREZ, a national of the United States who resided in Los Angeles County, within the Central District of California, knowingly engaged in sexual contact, as defined in Title 18, United States Code, Section 2246(3), with VICTIM 1, a national of the United

States, without VICTIM 1's permission, by intentionally touching, through direct contact, VICTIM 1's buttocks, with the intent to abuse, humiliate, harass, and degrade VICTIM 1, and to arouse and gratify defendant PEREZ's sexual desire.

COUNT TWO

[18 U.S.C. §§ 113(a)(5), 7(8)]

On or about March 31, 2022, within the special maritime and territorial jurisdiction of the United States, on a foreign vessel during a voyage departing from and returning to Long Beach, California, within the Central District of California, defendant MANUEL PEREZ, a national of the United States who resided in Los Angeles County, within the Central District of California, intentionally used a display of force that reasonably caused VICTIM 2, a national of the United States under the age of sixteen, to fear imminent bodily harm.

A TRUE BILL

_____/s/_____
Foreperson

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

MORGAN J. COHEN
Assistant United States Attorney
General Crimes Section